OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0002003152    APR 27 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

4/22/2015

RIVERA, DOUGLAS WILMER  Tr. Ct. No. 10-08541-A          WR-82,969-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DOUGLAS WILMER RIVERA
JEFFERSON COUNTY CORRECTIONAL FACILITY
TDC # 1760730
P. O. BOX 26007                                    U T F
BEAUMONT, TX  77720

2W-N3B  77720